| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cosbey, Roger B. | 2. Court or Organization<br><br>United States District Court, Northern District of Indiana | 3. Date of Report<br><br>4/8/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (full time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>1/1/2014<br>to<br>1/15/2015 |
| 7. Chambers or Office Address<br><br>1130 E Ross Adair Federal Building<br>1300 S. Harrison Street<br>Fort Wayne, IN 46802 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President (through 12/31/2014) and Director | Friends of the Lincoln Collection of Indiana, Inc. |
| 2. | Member, Board of Visitors | Indiana Tech Law School |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/8/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Judge's Retirement System, Indiana Public Employee Retirement Fund - State Court Judge's Pension | $31,352.00 |
| 2. 2015 | Judge's Retirement System, Indiana Public Employee Retirement Fund - State Court Judge's Pension | $2,613.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Indiana State Teachers' Retirement Fund - ▇▇▇ Pension |
| 2. 2015 | Indiana State Teacher's Retirement Fund - ▇▇▇ Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/8/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/8/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (lines 2-4 below) | E | Dividend | N | T | | | | | |
| 2. -Fidelity Contra Fund | | | | | | | | | |
| 3. -Fidelity Growth Fund | | | | | | | | | |
| 4. -Fidelity Freedom 2020 Fund | | | | | | | | | |
| 5. IRA #2 (lines 6-8 below) | D | Dividend | M | T | | | | | |
| 6. -Fidelity Contra Fund | | | | | | | | | |
| 7. -Fidelity Int'l Discovery | | | | | | | | | |
| 8. -Fidelity Value | | | | | | | | | |
| 9. Fifth Third Bank | A | Interest | K | T | | | | | |
| 10. Brokerage Account #1 (lines 11-51 below) | | | | | | | | | |
| 11. - Apple Inc Common Stock | C | Dividend | M | T | | | | | |
| 12. - BP Common Stock | B | Dividend | K | T | | | | | |
| 13. - CSCO Common Stock | A | Dividend | K | T | | | | | |
| 14. - EXC Common Stock | A | Dividend | K | T | | | | | |
| 15. - XOM Common Stock | C | Dividend | L | T | | | | | |
| 16. - NEE Common Stock (Formerly known as FPL) | A | Dividend | K | T | | | | | |
| 17. - VOD Common Stock (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cosbey, Roger B. | 4/8/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - HON Common Stock | A | Dividend | K | T | | | | | |
| 19. - PG Common Stock | B | Dividend | K | T | | | | | |
| 20. - BAX Common Stock | A | Dividend | J | T | | | | | |
| 21. - PFE Common Stock | B | Dividend | K | T | | | | | |
| 22. - American Funds Cap. World Growth Income Fund | A | Dividend | J | T | | | | | |
| 23. - Columbia Tax Exempt Fund | C | Dividend | L | T | | | | | |
| 24. - Eaton Vance Muns. Tr. Nat. Muns. Fd. | B | Dividend | K | T | | | | | |
| 25. - American Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 26. - Franklin High Yeld Tax Free Inc. Fund | C | Dividend | L | T | | | | | |
| 27. - Franklin FL Tax FreeIncome Fund | C | Dividend | M | T | | | | | |
| 28. - MFS FLA Mun. Bond Fund | B | Dividend | K | T | | | | | |
| 29. - ING Group NV Preferred Stock | A | Dividend | J | T | | | | | |
| 30. - Indiana Health EDL Financing Auth Bond | A | Interest | K | T | | | | | |
| 31. - Nuveen High Yield Muni Bond Fund | B | Interest | K | T | | | | | |
| 32. - Indiana State Fin Auth. Revenue Bond | A | Interest | J | T | | | | | |
| 33. - Nuveen New York Div. Adv. Munic Bond | A | Dividend | | | Redeemed | 6/13/14 | J | | |
| 34. - Lord Abbett Short Dur. Tax Free Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/8/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Lord Abbett Intermed. Tax Free Fund | A | Interest | J | T | | | | | |
| 36. - Nuveen MD Prem Income Muni Fund | A | Dividend | | | Redeemed | 5/30/14 | J | A | |
| 37. -ABBV Common Stock (spinoff of ABT) | A | Dividend | K | T | | | | | |
| 38. -FIA Card Svs - Money Market | A | Interest | K | T | | | | | |
| 39. -Bank of America - Money Market #1 | A | Interest | J | T | | | | | |
| 40. -Bank of America - Money Market #2 | A | Interest | J | T | | | | | |
| 41. -VZ Common Stock (partial exchange of VOD Common Stock | A | Dividend | J | T | | | | | |
| 42. USAA Federal Savings Bank (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/8/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the 2013 Report (Sec. VII, Line 36) I inadvertently listed a small fund, American Funds New World Fund. That fund, however, had actually been sold on October 26, 2012, and should have been so noted in the 2012 Report. The Fund, when sold, would have had a "J" value code, an "A" gain code, and a 2012 code of "A". The Fund is omitted from this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/8/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger B. Cosbey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544